JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-322 RSM |
| Plaintiff, ) | |
| vs. ) | |
| MANUEL RADDATZ-LIMONES, ) | ORDER GRANTING |
| JOSE CRUZ-ORTEGA, ARTEMIO ) | STIPULATED MOTION TO CONTINUE |
| ROJAS-MARTINEZ, and STEPHANIE ) | TRIAL DATE AND EXTEND TIME FOR |
| RUIZ-RODRIGUEZ, ) | PRETRIAL MOTIONS |
| Defendants. ) | |

The Court, having reviewed the stipulation of the parties, and the defendants agreement to extend the time for trial, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from January 9, 2006, to April 3, 2006.

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Mr. Raddatz-Limones;* #05-322RSM)                    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS FURTHER ORDERED that the due date for pretrial motions be extended to February 27, 2006.

IT IS FURTHER ORDERED that the period of time from the current trial date of January 9, 2006, up to and including the new proposed trial date of April 3, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

DONE this 13 day of December 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE Presented

by:

s/ Jennifer E. Wellman
WSBA # 29193
Attorney for Mr. Raddatz-Limones
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:      (206) 553-0120
jennifer_wellman@fd.org

s/ Raul Mendez
Attorney for Jose Cruz-Ortega
*Telephonic Approval*

s/ Catherine Chaney
Attorney for Artemio Rojas-Martinez
*Telephonic Approval*

s/ Lee A. Covell
Attorney for Stephanie Ruiz-Rodriguez
*Telephonic Approval*

s/ Patricia Lally
Assistant United States Attorney
*Telephonic Approval*

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Mr. Raddatz-Limones;* #05-322RSM)

2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington   98101**
**(206) 553-1100**